IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVINIA CRUZ, | No. C 16-05676 WHA |
|     Plaintiff, | |
|   v. | **ORDER DENYING PRO** |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | **HAC VICE APPLICATION** |
|     Defendants. | |

      The *pro hac vice* application of Attorney Ellen Silverman (Dkt. No. 47) is **DENIED** for failing to comply with Local Rule 11-3. That rule requires an applicant to certify that "he or she is an active member in good standing of the bar of a United States *Court* or of the highest *court* of another State or the District of Columbia, *specifying such bar*" (emphases added). Filling out the *pro hac vice* form from the district court website such that it identifies only the state of bar membership — *e.g.*, "the bar of Minnesota" — is inadequate under the rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

      **IT IS SO ORDERED.**

Dated: December 21, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE