Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Davinia Cruz )
) Case No: 3:16-cv-05676-V
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Experian Information Solutions, et al. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, **Ellen B. Silverman**, an active member in good standing of the bar of **Minnesota Supreme Court**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **TD Bank USA, National Association** in the above-entitled action. My local co-counsel in this case is **Renee Choy-Ohlendorf**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hinshaw & Culbertson, LLP, 333 So. 7th St., 20th Fl., Minneapolis, MN 55402 | Hinshaw & Culbertson, LLP, One California Street, 18th Fl., San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (612) 334-2503 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 393-0122 |
| MY EMAIL ADDRESS OF RECORD: esilverman@hinshawlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: rchoy@hinshawlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **387387**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/22/16

_____
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **Ellen B. Silverman** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 22, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                       October 2012