IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVINA CRUZ,

    Plaintiff,

v.

CHASE BANK, USA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TD BANK, USA, N.A.,

    Defendants.

No. C 16-05676 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Chase Bank, USA, N.A.; Experian Information Solutions, Inc.; Equifax, Inc.; and TD Bank, USA, N.A., and against Davina Cruz. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE